May 07, 2010

Mr. Stuart Smith
Naman Howell Smith & Lee LLP
900 Washington Ave., Suite 700
P.O. Box 1470
Waco, TX 76703-1470
Ms. Julia Brooks Jurgensen
Beard Kultgen Brophy Bostwick Dickson & Squires, LLP
P.O. Box 21117
Waco, TX 76702-1117

RE: Case Number: 08-0970
 Court of Appeals Number: 03-06-00211-CV
 Trial Court Number: 208,931-B

Style: SCOTT AND WHITE MEMORIAL HOSPITAL AND SCOTT, SHERWOOD AND
 BRINDLEY FOUNDATION
 v.
 GARY FAIR AND LINDA FAIR

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Bruce |
| |Burleson |
| |Mr. Jeffrey D. |
| |Kyle |
| |Ms. Shelia |
| |Norman |